# Defendants' Exhibit No. 1

| PRE-FILE NUMBERS | | ZONING DISTRICT | FILE NUMBER | PERMIT NUMBER | |
|---|---|---|---|---|---|
| P.A.D.C. No.: | O.G. No.: | | | | By: |
| H.P.A. No.: | S.L. No.: | Ward No.: | Receipt No.: | Date: | Receipt No.: |

★ ★ ★ GOVERNMENT OF THE DISTRICT OF COLUMBIA

BLRA-33 (Rev. 10/91)

**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
BUILDING AND LAND REGULATION ADMINISTRATION: PERMIT PROCESSING DIVISION (727-7050)

**APPLICATION FOR CONSTRUCTION PERMITS ON PRIVATE PROPERTY**
(PRINT IN INK OR TYPE; DO NOT WRITE IN SHADED AREAS OR ON PAGE 4)

CLEARANCE TO FILE
By:_____ Date:_____

ERASING, CROSSING OUT, WHITING OUT, OR OTHERWISE ALTERING ANY ENTERED INFORMATION WILL VOID THIS APPLICATION

**(A) ALL APPLICANTS MUST COMPLETE ITEMS 1 THRU 27**

1. Address of Proposed Work: 20 Ninth Street NE    Suite No.:    2. Lot: 834    3. Square: 919    4. Application Date: 3/19/01
5. Owner of Building or Property: Laura Elkins / John Robbins    6. Address: (include Zip) 20 Ninth Street NE WDC 20002    7. Phone: Work: ___ Home: 546-4556
8. Agent for Owner: (if applicable)    9. Address: (include Zip)    10. Phone: Work: ___ Home: ___

11. Type of Proposed Work (check all applicable boxes):
- ☐ New Building
- ☐ Addition
- ☒ Alteration and Repair
- ☐ Raze Building
- ☐ Retaining Wall
- ☐ Fence
- ☐ Shed
- ☐ Awning
- ☐ Garage
- ☐ Sign
- ☐ Other (Specify) _____

12. Description of Proposed Work:
1. Replacement roof.
2. Street elevation: Replacement fence.
3. Alley elevation: Install garage doors, etc.

13. Existing Use(s) of Building or Property: Residence
14. Ex. No. of Stories of Bldg.: 2
15. Ex. No. of Dwelling Units: 1

Official Use Only — Miscellaneous FEE
$____  By:____  Date:____

16. Proposed Use(s) of Building or Property: no change
17. Prop. No. of Stories of Bldg.: no change
18. Prop. No. of Dwelling Units: no change

19. Starting Date of Work: ASAP
20. Completion Date of Work: ± 6 mos
21. Method of Removing Construction Debris: ☒ Pick-up Truck  ☐ Dumpster  ☐ Other (specify):
22. Does the proposed work involve disturbing the earth or razing a building?  ☐ Yes, answer q. 23   ☒ No, SKIP q. 23-27

23. Is the area of disturbed earth more than 50 sq. ft.?  ☐ Yes, answer q. 24-25   ☐ No, SKIP q. 24-25
24. Soil Erosion Control Methods:
25. Area of Offsite Drainage: ___ sq. ft.
26. No. of Footings or Columns: 0
27. Size of Footings of Columns: — sq. ft.

**ALWAYS SIGN THE APPLICATION ON PAGE 3 (SECTION I).**

Complete Section B if the proposed work is **new building, addition or alteration.** (Page 2)
Complete Section C if the proposed work is **razing a building.** (Page 2)
Complete Section D if the proposed work is a **retaining wall.** (Page 2)
Complete Section E if the proposed work is a **fence.** (Page 3)
Complete Section F if the proposed work is a **shed/garage.** (Page 3)
Complete Section G if the proposed work is an **awning.** (Page 3)
Complete Section H if the proposed work is a **sign.** (Page 3)

OFFICIAL USE ONLY

|   | R | P | H | A |
|---|---|---|---|---|
| M |   |   |   |   |
| P |   |   |   |   |
| E |   |   |   |   |
| F |   |   |   |   |
| S |   |   |   |   |

W: ☐ Yes  ☐ No
PLANS
☐ No
☐ Sm.  ☐ La.

0307 wd-375

## (B) NEW BUILDING, ADDITION, & ALTERATION (COMPLETE ITEMS 28 THRU 60)

| Architect's Name: | 29. Lic. No.: | 30. Architect's Address: (include Zip) | 31. Phone: |
|---|---|---|---|
| Engineer's Name: | 33. Lic. No.: | 34. Engineer's Address: (include Zip) | 35. Phone: |
| Building Contractor's Name: | 36A. Lic. No.: | 37. Contractor's Address: | 38. Phone: |

| 39. Type of Construction | 40. Fire Suppression: | 41. Booster Pump: | 42. Total Lot Area: | 43. Breakdown of Lot Area (= 100%): |
|---|---|---|---|---|
| ☐ Masonry  ☐ Steel  ☒ Wood  ☐ Concrete | ☐ Fully Sprinklered  ☐ Standpipe System  ☐ Partially Sprinklered  ☒ None  ☐ Other: | ☐ New  ☐ Existing  ☒ None | 2054 sq. ft. | a. Building: 72.9 %  b. Paved Area: 27.1 %  c. Greenery: 0.0 % |

| 44. Present Gross Floor Area of Bldg.: 1497 sq. ft. | 45. Proposed Gross Floor Area of Bldg: no change sq. ft. | 46. Floors involved in this permit: ☐ All  ☒ Floors Ground | 47. Projection beyond building line? ☐ Yes, answer q. 48-52  ☒ No, SKIP q. 48-52 |
|---|---|---|---|
| 48. Number and type of projection: | 49. Distance of projection: | 50. Width of projection: | 51. Width of building frontage: ft. |
| | | | 52. Signature of Owner (projection only): |

| 53. Water or Sewer Excavation?  ☐ Yes  ☒ No | 54. Driveway Construction?  ☐ Yes  ☒ No | 55. Sheeting/Shoring Necessary?  ☐ Yes  ☒ No | 56. Elevators involved?  ☐ Yes, answer q. 57  ☒ No, SKIP q. 57 | 57. No. and type of elev.: | 58. Plans Certified by Engineer?  ☐ Yes, cert. is attached  ☒ No |
|---|---|---|---|---|---|

| 59. Estimated Cost of Work:  a) New/Add.: $ 0  b) Alt/Rep.: $ 41,000  Total: $ 41,000 | OFFICIAL USE ONLY |||| 
|---|---|---|---|---|
| | Alter/Repair FEE | New Const. FEE | Filing Fee | TOTAL PERMIT FEE |
| | $ | $ | $ | $ |
| 60. Volume of New Bldg. or Addition: no change cubic ft. | By: Date: | By: Date: | By: Date: | By: Date: |

## (C) RAZING A BUILDING (COMPLETE ITEMS 61 THRU 83)

| 61. Raze Contractor's Name: | 62. Contractor's Address: (include Zip) | 63. Phone: |
|---|---|---|
| 64. Insurance Company: | 65. Policy or Certif. No.: | 66. Expir. Date: | 67. Raze Method: |

| 68. Building Material: | 69. Raze Entire Building?  ☐ Yes  ☐ No | 70. Building Condemned?  ☐ Yes  ☐ No | 70A. Building Vacant?  ☐ Yes  ☐ No | 71. Public Space Vault?  ☐ Yes  ☐ No | 72. Disconnect Water and/or Sewer?  ☐ Yes  ☐ No | 73. Size of Water Connection: in. |
|---|---|---|---|---|---|---|

| 74. Plumber's Name: | 75. Lic. No. | 76. Length: ft. | 77. Width: ft. | 78. Height: ft. | 79. Volume: cu. ft. | 80. Party Wall?  ☐ Yes  ☐ No |
|---|---|---|---|---|---|---|

| 81. Asbestos in the Building?  ☐ No  ☐ Yes, Location _____ | 82. Raze Contractor Signature: | OFFICIAL USE ONLY |||
|---|---|---|---|---|
| | 83. Owner's Signature: | FEE | By | Date |
| | | $ | | |

## (D) RETAINING WALL (COMPLETE ITEMS 84 THRU 93)
*The retaining wall will not obstruct any accessible parking required by D.C. Zoning Regulations*

| 84. Cost of Work: $ | 85. Material: | 86. Height: ft. | 87. Color: | 88. Location:  ☐ Entirely on Owner's Land  ☐ Party Line with Adjacent Neighboring Land* |
|---|---|---|---|---|

*If party wall, the owner of the adjoining property must agree to the erection of the retaining wall and this application.*

| 89. Signature of Adjoining Owner: | 90. Phone:  Work  Home | OFFICIAL USE ONLY |||
|---|---|---|---|---|
| | | FEE | By | Date |
| 91. Address of Adjoining Owner: | 92. Lot:  93. Square: | $ | | |

## (E) FENCE (COMPLETE ITEMS 94 THRU 102)

The fence will not obstruct any accessible parking required by D.C. Zoning Regulations.

| ...terial and type: | 95. Height: ft. | 96. Color: | 97. Location: ☐ Entirely on Owner's Land  ☐ Party Line with Adjacent Neighboring Land * |
|---|---|---|---|

* If party fence, the owner of the adjoining property must agree to the erection of the fence and this application.

| 8. Signature of Adjoining Owner: | 99. Phone: Work  Home | OFFICIAL USE ONLY |
|---|---|---|
| 100. Address of Adjoining Owner: | 101. Lot: | 102. Square: | FEE | By | Date |

## (F) SHED OR GARAGE (COMPLETE ITEMS 103 THRU 113)

| 103. Number: | 104. Length: ft. | 105. Width: ft. | 106. Area: sq. ft. | 107. Height: ft. | 108. Volume: cu. ft. | 109. Estimated Cost of Work: $ | OFFICIAL USE ONLY FEE $ By Date |
|---|---|---|---|---|---|---|---|
| 110. Material of Roof: | 111. Material of Sides: | 112. Wall thickness: ☐ External ( ) inches  ☐ Party ( ) inches | | | | 113. Color: | |

## (G) AWNING (COMPLETE ITEMS 114 THRU 123)

| 114. Number: | 115. Color: | 116. Type: ☐ Folding  ☐ Fixed | 117. Projections: Beyond bldg. line ____ in.  Beyond pt. of attachm. ____ in. | 118. Height of lowest part of awning: (a) ____ ft above sidewalk  (b) ____ ft above parking  (c) ____ ft above grade | OFFICIAL USE ONLY FEE $ By Date |
|---|---|---|---|---|---|
| 119. Material of Frame: | 120. Material of Covering: | 121. Lettering on Awning? ☐ Yes ☐ No | 122. Fixed posts? ☐ Yes ☐ No | 123. Over sidewalk cafe? ☐ Yes ☐ No | |

## (H) SIGN (COMPLETE ITEMS 124 THRU 144)

| 124. Number: | 125. Electric Signs? ☐ Yes, answer q. 126-132  ☐ No, SKIP q. 126-132 | 126. Type: ☐ Incandes.  ☐ Fluoresc.  ☐ Neon | 127. Power ____ VA | 128. Electrical Contractor: Lic. No. |
|---|---|---|---|---|
| 129. Address of Electrical Contractor (include Zip) | 130. Signature of Licensed Electrician: | | 131. Phone: | 132. License No.: |

| 133. Height relative to building and ground: a) ____ ft ____ in above sidewalk  b) ____ ft ____ in above roof  c) ____ ft ____ in is bldg height  d) ____ ft ____ in above projection or window  e) ____ ft ____ in from roof to sign's bottom | 134. Material of Sign: | 135. Type of Sign: | 136. Color: |
|---|---|---|---|
| | 137. Width: ft. | 138. Length: ft. | 139. Area of Sign: sq. ft. | 140. Width of Business Frontage: ft. |

| 141. C of O Number for Building: | 142. Sign Contractor Lic. No. | OFFICIAL USE ONLY |
|---|---|---|
| 143. Sign Contractor's Address: | 144. Phone: | Sign FEE $ | Elect. FEE $ | Total FEE $ |
| | | By Date | By Date | BY Date |

## (I) APPLICANT'S SIGNATURE:

**A. OWNER:** I hereby certify that I am the owner of the property; that the application and plans are complete and correct to the best of my knowledge, and that if a permit (or permits) is issued, the construction will conform to the D.C. Construction Codes, the Zoning Regulations, and other applicable laws and regulations of the District of Columbia.

Signature of Owner: _[signature]_   Address: 20 Ninth Street NE   Date: 3/20/01

**B. AGENT:** I hereby certify that I have the authority of the owner to make this application. I declare that the application and plans are complete and correct to the best of my knowledge. The owner has assured me that if a permit (or permits) is issued, the construction will conform to the D.C. Construction Codes, the Zoning Regulations, and other applicable laws and regulations of the District of Columbia.

Signature of Agent: _____   Address: _____   Date: _____

801 N Cap St NE 3rd flr Page 4

## (J) APPROVALS (DO NOT WRITE ON THIS PAGE; OFFICIAL USE ONLY):

### A. PERMIT CONTROL

- 1. Fine Arts by: _____ Date: _____
- ✓ 2. Historic by: _____ Date: 30 MAR 01
- 3. PADC by: _____ Date: _____
- 4. Cap. Gateway by: _____ Date: _____
- 5. W.H./ Obs. Precinct by: _____ Date: _____
- 6. Flood Control by: _____ Date: _____
- 7. WMATA by: _____ Date: _____
- 8. Condem. by: _____ Date: _____
- 9. RLA by: _____ Date: _____
- 10. Rental Accom. by: _____ Date: _____
- 11. Chinatown Distr. by: _____ Date: _____
- 12. Utility Clearance by: _____ Date: _____
- 13. General Liability Ins. Policy Clearance by: _____ Date: _____

### B. CLEARANCE TO FILE PLANS

- 1. Zoning by: _____ Date: _____
- 2. DPW — Permit and Records Division
  - Access to Parking Street ☐ Street ☐ Alley
  - Cleared by: _____ Date: _____
- 3. DPW - Consumer Engineer
  - Cleared by: _____ Date: _____
- 4. ERA - Erosion Control
  - Cleared by: _____ Date: _____

Restrictions of the Permit:
- NO INSTALLATION OF STORM DOOR ON FRONT.
- REPLACEMENT FENCE TO BE WOOD.

### C. PLANS AND APPLICATION APPROVAL

- ✓ 1. Information Counter by: _____ Date: _____
- ☐ 2. Information Center by: _____ Date: _____
  - ☐ (a) ABC Board by: _____ Date: _____
  - ☐ (b) Noise Control by: _____ Date: _____
  - ☐ (c) Industrial Safety by: _____ Date: _____
  - ☐ (d) Vector Control by: _____ Date: _____
  - ☐ (e) D.C. Animal by: _____ Date: _____
  - ☐ (f) Police Dept. by: _____ Date: _____
- ✓ 3. Zoning by: _____ Date: 3/22/0
  - Zoning Update by: _____ Date: _____
- ☐ 4. DPW - Permit and Records Division/Deposit #
  - Sidewalk Deposit $_____ Driveway Deposit $_____
  - by: _____ Date: _____
- ☐ 5. Water/Sewer Design Branch Consumer Eng. by: _____ Date: _____
- ☐ 6. Environmental Regulation Administration
  - ☐ Environmental Policy Review Control No.: _____
  - by: _____ Date: _____
  - ☐ Erosion Control by: _____ Date: _____
  - ☐ Storm Water Mgmt. by: _____ Date: _____
  - Plan No. _____
- ☐ 7. Mechanical Eng. Review by: _____ Date: _____
- ☐ 8. Plumbing Eng. Review by: _____ Date: _____
- ☐ 9. Electrical Eng. Review by: _____ Date: _____
- ☐ 10. Health Plan Review
  - ☐ (a) Food Plan Review by: _____ Date: _____
  - ☐ (b) Medical X-ray Plan Rev. by: _____ Date: _____
- ☐ 11. D.C. Fire Dept. (Fire Prevention Plan Review Section) by: _____ Date: _____
- ☐ 12. Elevator Plan Rev. Sec. by: _____ Date: _____
- ☐ 13. Plumbing Insp. Rev. by: _____ Date: _____
- ☐ 14. Construction Insp. Branch (Field Check) by: _____ Date: _____
- ☐ 15. Historic Pres. Div. by: _____ Date: _____
- ☐ 16. Structural Eng. by: _____ Date: _____
- ☐ 17. Permit and Certificate Issuance Counter By: _____ Date: _____
- ☐ 18. Q.C. By: _____ Date: _____

**TO REPORT WASTE, FRAUD, OR ABUSE BY ANY D.C. GOVERNMENT OFFICE OR OFFICIAL, CALL THE D.C. INSPECTOR GENERAL AT 1-800-521-1639**

### ZONING

C of O Number _____ Date _____
Existing Use(s) _____

☐ New bldg.
☐ P.O.D.
☐ File in room 329

JCC No.: _____ BZA Case No.: _____ PUD Order No.: _____

### DPW — PUBLIC SPACE

Street Name: _____
Street Width: _____
Road Width: _____
Sidewalk Width: _____
Parking: _____
Restrictions: _____

DEPARTMENT OF HEALTH
ENVIRONMENTAL HEALTH ADMINISTRATION
CONSTRUCTION PERMIT APPLICATION – SUPPLEMENTAL FORM – ENVIRONMENTAL QUESTIONNAIRE

PROJECT ADDRESS: _20 Ninth Street NE_  LOT: _834_  SQUARE: _919_

PROJECT DESCRIPTION: _____

Note: please answer all 11 questions in this questionnaire, by checking either column "Yes" or "No" for each question. If you answer "Yes" to any of the questions 1 - 10, you should contact the corresponding office(s) indicated in column 'contact person/office' as soon as possible. If you answer "Yes" to question 11, please follow the instructions in the column 'contact person/office'. Until this application is reviewed and approved by the concerned office(s), permit will not be issued.

| SCOPE OF PROJECT | YES | NO | CONTACT PERSON/OFFICE | OFFICE USE (Initial/Date) |
|---|---|---|---|---|
| 1. Does the total cost of the project exceed $1 million (based on 1989 dollars)? In 2000, this cost is $1,380,000. This does not apply if the project is an internal renovation only and there will be no change in the use of the building. | | X | (202) 535-2289, EIS Coordinator, EHA | |
| 2. Will the proposed use involve the construction of a facility for the handling, transfer, storage, disposal or treatment of solid waste, medical waste, or recyclable materials? | | X | (202) 535-2289, EIS Coordinator, EHA | |
| 3. Will the work to be performed involve the assessment or clean-up of soils associated with the release of materials from an underground storage tank (UST)? | | X | (202) 535-2525, Underground Storage Tank Division, EHA / (202) 535-2250, Air Quality Division, EHA | |
| 4. Will the work to be performed involve the assessment or clean-up of groundwater associated with the release of materials from an underground storage tank (UST)? | | X | (202) 535-2525, Underground Storage Tank Division, EHA / (202) 535-2190, Water Quality Division, EHA / (202) 535-2250, Air Quality Division, EHA | |
| 5. Will the proposed project involve the installation or drilling of wells other than for the purposes stated in questions 3 and 4? | | X | (202) 535-2190, Water Quality Division, EHA | |
| 6. Will the proposed project involve the generation, treatment, storage, disposal or transportation of chemicals or other substances which may be considered hazardous? | | X | (202) 535-2290, Hazardous Waste Division, EHA | |
| 7. Will the proposed project involve construction which will disturb the sediment in rivers, streams or wetlands? | | X | (202) 535-2190, Water Quality Division, EHA | |
| 8. Will the work to be performed involve the installation, removal, abandonment, or repair of an underground storage tank (UST) system? | | X | (202) 535-2525, Underground Storage Tank Division, EHA | |
| 9. Will the proposed project result in the discharge into the air of gases, dust, or the creation of any objectionable odors? | | X | (202) 535-2250, Air Quality Division, EHA | |
| 10. Will the proposed project involve the removal, handling, transportation, disposal, or encapsulation of asbestos? **Please bring with you a copy of your asbestos survey, ten-day notification form, and asbestos abatement permit fee | | X | (202) 535-2250, Air Quality Division, EHA | |
| 11. Was the building built before 1978? (Lead-based paint may be present.) | X | | If you answer "Yes" to this question, please answer the questions and follow the instructions on the "Lead Hazard Control Questionnaire" to determine if you need a permit to conduct a Lead Abatement Project. | |

**AFFIDAVIT**

I hereby certify that I have the authority of the owner of the property to make this application. I declare that the answers to the above questions in this Questionnaire are complete and correct to the best of my knowledge.

Signature: _[signature]_     Name (print): _John Robbins / Laura Elkins_
Address: _20 Ninth Street NE_     Date: _3/19/01_     Phone: _546.4556_

**OFFICE USE ONLY**

COMMENTS AND PERMIT RESTRICTIONS: _____

(USE REVERSE IF NECESSARY)
EHA Form # 99-1300 – Revised 0

DEPARTMENT C  IEALTH
ENVIRONMENTAL HEALTH ADMINISTRATION
BUREAU OF HAZARDOUS MATERIAL AND TOXIC SUBSTANCES
RISK ASSESSMENT, REMEDIATION, AND CERTIFICATION DIVISION (RARCD)
LEAD HAZARD CONTROL QUESTIONNAIRE

Project Address: 20 Ninth Street NE

John Robbins
Laura Elkins                             20 Ninth Street NE
Name of owner                            Address of owner

Phone # 546-4556   Square #: 919   Lot # 834   Ward # __

*Note*: Please answer all questions by checking "YES" or "NO". If you answer "YES" to any ques
contact the Risk Assessment, Remediation, and Certification Division at 51 N Street, N.E., 3rd Floc
call (202) 535-2637 for a lead abatement permit application.

| SCOPE OF PROJECT | YES | NO | COMMENTS | (For official use only) RARCD REMARKS |
|---|---|---|---|---|
| Does the proposed project generate lead dust/ debris? | | X | | |
| Does the proposed project involve encapsulating lead-based paint? | | X | | |
| Does the proposed project involve dry sanding /scraping of painted surfaces? | | X | | |
| Does the proposed project involve the use of power washing? | | X | | |
| Does the proposed project involve welding on painted surfaces? | | X | | |
| Does the proposed project involve door and window repairs/ replacement? | | X | | |
| Does the proposed project involve baseboard, siding, casing and trim replacement? | | X | | |
| Has a child, who resides or regularly visits this address, been identified as lead poisoned? | | X | | |

## AFFIDAVIT

I hereby certify that I have the authority to represent the owner of the property and to answer this questionnaire. I declare that the ans
to the above questions are accurate, true and complete to the best of my knowledge.

Signature_____ Date_____

Name (Print) _____

**For Official Government Use Only**

*PERMIT REQUIRED*   YES ☐  NO ☐

*Reviewed by*_____ *Date*_____