UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA ELKINS, *et al.*,              ) | |
| )                                       | |
| Plaintiffs,          ) | |
| )                                       | |
| v.                             ) | Civil Action No. 04-0480 (RMC) |
| )                                       | |
| DISTRICT OF COLUMBIA, *et al.*,     ) | |
| )                                       | |
| Defendants.          ) | |

## AFFIDAVIT OF DAVID W. REID

I, David W. Reid, based upon my personal knowledge, information and belief,

hereby depose and state as follows:

1.  I am over the age of eighteen (18) years and competent to testify to the

matters contained herein.

2.  I work as an intern for the Office of the Attorney General for the District of

Columbia, formerly the Office of the Corporation Counsel.

3.  On Thursday, May 27, 2004, I placed a phone call to the Superior Court for

the District of Columbia to inquire about what was required for viewing and copying a

Search Warrant and a Search Warrant Return.  I spoke with Ms. Banks in room 4002 of

the Superior Courthouse and she informed me that all I would need to do is come over to

her office with the address of the property that was searched and the date the Search

Warrant was executed.  Ms. Banks informed me that if the Search Warrant were sealed,

then their office could not produce copies nor give any information out to the public.  She

instructed me to go to room 4002 of the Superior Court for the District of Columbia with

my Office of the Attorney General identification card and the office would be able to find the Search Warrant and make me a copy.

4. On Wednesday, June 2, 2004, I traveled to the Superior Court for the District of Columbia, entered through security and went to room 4002. The office secretary attended me and I told her that I was there to find and copy a Search Warrant and a Search Warrant return. She asked me the address and date of the Search Warrant, upon which I handed her a note indicating the need for the Search Warrant executed on March 27, 2003, of the property at 20 9th St., NE. I asked for a copy of all that was in the Search Warrant file.

5. I waited as they looked for the Search Warrant and made me the appropriate copies. Within a very short time—five to ten minutes—I was handed a full copy of the file (copy attached hereto) which included the Search Warrant, Search Warrant Return, Statement of Facts in Support of the District of Columbia's Application for an Administrative Search Warrant, and various attachments to those documents.

I make the foregoing affidavit, consisting of two (2) pages and five (5) numbered paragraphs, on the basis of my personal knowledge.

David W. Reid

Subscribed and sworn to before me this 2nd day of June 2004.

My Commission Expires 2/29/09

Notary Public

3-20-03

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SEARCH WARRANT

To: __Chief of the Metropolitan Police Department__
(Specific Law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

Affidavit, herewith attached, having been made before me by __Denzil Noble, Department of Consumer and Regulatory Affairs__ that he has probable cause to believe that on the ☐ person, ☒ premises, ☐ vehicle, ☐ object known as __20 9th Street, N.E., Wash. D.C.__

in the District of Columbia, there is now being concealed certain property, namely __unlicensed construction work__

which is __in violation of the Construction Codes__ and as I am satisfied
(alleged grounds for seizure)

that there is probable cause to believe that the property so described is being concealed on the above designated ☐ person, ☒ premises, ☐ vehicle, ☐ object, and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in the daytime/at any time of the day or night, the designated ☐ person, ☒ premises, ☐ vehicle, ☐ object, for the property specified, and if the property be found there,

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE in an inventory of the property seized, to leave a copy of this warrant and return, to file a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this __26__ day of __March__, 20__03__

_____
Judge, Superior Court of the District of Columbia

## RETURN

I received the above detailed warrant on __3/26/__, 20__03__ and have executed it as follows:
On __3/27__, 20__03__, at __10:15__ ☒ a.m. ☐ p.m., I searched the ☐ person, ☒ premises, ☐ vehicle, ☐ object, described in the warrant and I left a copy of the warrant and return with __OWNER LAURA ELKINS__ properly posted.
(name of person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant:
Electrical Approvals, Plumbing Approvals Permits → Construction Approval Permits. Assorted Documents Including Receipts, Contract Documents. Assorted Invoices, Notebook, Estimates.

This inventory was made in the presence of __Toni Cherry & Off. Johnson__

I swear that this is a true and detailed account of all property taken by me under this warrant

_____
Executing Officer

Subscribed and sworn to before me this __31__ day of __April__, 20__03__.

_____
Judge, Superior Court of the District of Columbia

Form CD-1055/Apr. 00

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| DAVID A. CLARK, Director<br>Department of Consumer and<br> Regulatory Affairs<br>941 North Capitol Street, N.E.<br>Washington, D.C.  20001 | : <br> : <br> : <br> : <br> : | |
| | : | |
| Petitioner | : | |
| | : | Misc. No. |
| v. | : | |
| | : | |
| JOHN ROBBINS and LAURA ELKINS<br>20 9th Street, N.E.<br>Washington, D.C. 20002 | : <br> : <br> : | |
| | : | |
| Respondents | : | |
| | : | |

**STATEMENT OF FACTS IN SUPPORT OF THE DISTRICT OF
COLUMBIA'S APPLICATION FOR AN ADMINISTRATIVE
SEARCH WARRANT FOR THE INSPECTION OF REAL PROPERTY
LOCATED AT 20 9TH STREET, N.E., WASHINGTON, D.C.**

Comes now, Denzil Noble, the Acting Administrator of the Building and Land Administration, Department of Consumer and Regulatory Affairs ("DCRA"), on behalf of the Director, who represents the following:

On April 27, 2001, a building permit, No. B436647, was issued to John Robbins and Laura Elkins (hereinafter "the Respondents") for the replacement of the roof, installation of garage doors, and the replacement of a fence for the building and structures on real property located at 20 9th Street, N.E., Washington, D.C. (*See* Attachment No. 1). On April 24, 2002, a stop work order was issued, pursuant to

12 DCMR § 117.1, because the Respondents were performing structural work without an appropriate permit in violation of the Construction Codes. (*See* Attachment No. 2).

On May 17, 2002, a notice of violation ("notice") was issued, pursuant to 12 DCMR § 116.2, because the Respondents failed to comply with the April 24th stop work order. (*See* Attachment No. 3). The notice ordered the Respondents to abate the violations and comply with the appropriate provisions of the Construction Codes. On November 13, 2002, a stop work order was issued because the Respondents failed to obey the May 17th notice. (*See* Attachment No. 4).

On March 4, 7, and 8 of 2003, inspectors from DCRA visited the premises and attempted to gain entry to ascertain whether construction work was being performed. On all occasions, the inspectors were either denied entry, or told that no work was being performed in spite of the presence of workmen and their vehicles and supplies. (*See* Attachment No. 5). On or around March 14, 2003, counsel for the Respondents informed DCRA in writing that inspectors would not be granted entry to the premises. (*See* Attachment No. 6).

In view of the above, the Director requests the issu-

2

ance of an administrative search warrant to allow DCRA

inspectors to gain entry to the premises at 20 9th Street,

N.E., Washington, D.C.  The Director has reason to believe

that the Respondents are violating the Construction Codes,

and such violations pose an imminent threat to the health,

safety and welfare of the public.

Under penalty of perjury, I hereby sign this applica-

tion for an administrative search warrant as a true and

accurate reflection of the facts outlined herein this

_26_ day of _MARCH_ , 2003.

Denzil Noble, Acting Administrator
Building and Land Use Administration


SUBSCRIBED and SWORN to before me this _26th_ day of
March, 2003

District of Columbia SS:

Notary Public - D.C.

My Commission Expires: 11/14/06


Respectfully submitted,

ARABELLA W. TEAL
Interim Corporation Counsel

CHARLOTTE W. PARKER #186205
Deputy Corporation Counsel
Civil Division


3

BY:   WILLIAM J. BENNETT #416646
      Assistant Corporation Counsel
      441-4th Street, N.W., 450 North
      Washington, D.C.   20001
      (202) 727-3500

      Counsel for District of Columbia

4

03/25/03  12:25 FAX                                                                                    ☑002



**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
**BUILDING AND LAND REGULATION ADMINISTRATION**
**BUILDING INSPECTION DIVISION**

# STOP WORK

**ADDRESS :** # 20 9th Street N.E.

**VIOLATION: (Section/s)** DCMR 12-A Section 107
Roof Angle Installation of skylights
Without a permit

**PROPER** _____ SHALL BE OBTAINED AND OR POSTED PRIOR TO THE CONTINUATION OF ANY WORK

**ANY AND ALL PERSONS ACTING CONTRARY TO THIS NOTICE SHALL BE SUBJECT TO A FINE/PROSECUTION OR BOTH**

**APPLICATION FOR PERMIT(S) MUST BE FILED OR REMOVAL OF VIOLATION MUST OCCUR WITHIN** _____

**HOURS/DAYS FROM THE POSTING OF THIS NOTICE.**

☑ Construction
442-4641

☐ Electrical
442-4643

☐ Plumbing
442-4642

☐ Elevator
442-4634

☐ Boiler
442-4695

_____
Official

2:10 pm
**Time**

4-24-02
**Date**

87-p8727 wd-251

# DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
## BUILDING AND LAND REGULATION ADMINISTRATION

941 North Capitol Street, NE • Suite 2000 • Washington, DC 20001 • ☎ 202-442-4460

## NOTICE OF VIOLATION AND NOTICE TO ABATE

| | |
|---|---|
| **ADDRESS OF VIOLATION** #20 9th Street, N.E. | **CONTROL NUMBER** |
| **BUSINESS NAME** | **TYPE OF INSPECTION** |
| **OWNER'S NAME** Laura Elkins and John Robbins | ☒ CONSTRUCTION ☐ ELECTRICAL ☐ FIRE PROTECTION |
| **DATE OF INSPECTION** 5/16/02 **TIME OF INSPECTION** | ☐ PLUMBING ☐ OTHER _____ |

An inspection of the ☐ Construction ☐ Electrical ☐ Fire Protection ☐ Plumbing ☐ _____
features at the above address was performed on the above date. The inspection revealed the violation(s) cited hereafter
The owner is required to abate the violation(s) by taking the corrective action(s) specified below:

| CODE SECTION | VIOLATION | REQUIRED CORRECTIVE ACTION |
|---|---|---|
| DCMR-12 Sec. 116.7 | A review of the building permit application for permit number | Submit plans to include cross-sections to indicate the volume change. Complete a building permit application and submit the application and 4 copies of the plans to Historic Preservation Division for review and approval. |
| | B-436647 revealed a statement in item #60 that is in conflict with the construction project. | |
| | Item #60 ask if there is a change in the volume? | |
| | The written response is "No change" | |

The cited violation(s) must be abated as ordered within ☐ _____ hours
☒ _____15_____ days from receipt of this notice. Failure to comply will result in this notice being forwarded
to the Office of Compliance for enforcement action.

| | |
|---|---|
| **NAME OF PERSON NOTIFIED (PLEASE PRINT)** | **DATE OF RECEIPT OF NOTICE** |
| **SIGNATURE OF PERSON RECEIVING NOTICE** | **POSITION** |
| | **TELEPHONE** |
| **INSPECTOR (PRINT)** Vincent L. Ford | **INSPECTOR'S TELEPHONE** 202-442-9557 |
| **INSPECTOR'S BADGE #** 503 **DATE OF NOTICE** 5/17/02 | **TIME OF RECEIPT OF NOTICE** |

**TO REPORT WASTE, FRAUD OR ABUSE BY ANY D.C. GOVERNMENT OFFICE
OR OFFICIAL, CALL THE INSPECTOR GENERAL AT 1-800-521-1639.
ALL CALLS ARE CONFIDENTIAL.**

BLRA - 88 Rev.3 - 11/99

PAGE _____ OF _____

DO NOT REMOVE

★★★ GOVERNMENT
OF THE
DISTRICT OF
COLUMBIA

BLRA-43
(Rev. 8/01)

**DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS**
**BUILDING AND LAND REGULATION ADMINISTRATION**
**BUILDING INSPECTION DIVISION**

# STOP WORK

ADDRESS: _#20 9th Street, N.E._

VIOLATION: (SECTON/S) _Drawing, Sec. 116.7 Complete a Building Permit Appli-_
_cation and submit 4 copies of the plan to the Historic Preservation_
_Division for review and approval per Violation Notice of May 17, 2002_

PROPER _Permit_ SHALL BE OBTAINED AND OR POSTED PRIOR TO THE CONTINUATION OF ANY WORK. ANY AND ALL PERSONS ACTING CONTRARY TO THIS NOTICE SHALL BE SUBJECT TO A FINE/PROSECUTION OR BOTH.

APPLICATION FOR PERMIT(S) MUST BE FILED OR REMOVAL OF VIOLATION MUST OCCUR WITHIN _5_ HOURS/DAYS FROM THE POSTING OF THIS NOTICE.

☑ **CONSTRUCTION**
(202) 442-4641

☐ **ELECTRICAL**
(202) 442-4643

☐ **PLUMBING**
(202) 442-4642

☐ **ELEVATOR**
(202) 442-4634

OFFICIAL _Vincent L. Ford_

DATE _11-13-02_

TIME _11:45 a.m._

## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS



**Building and Land Regulation Administration**
**Office of the Administrator**

<u>BY HAND DELIVERY</u>

March 10, 2003

Ms. Laura Elkins and Mr. John Robbins
20 Ninth Street, NE
Washington, DC  20002

Dear Ms. Elkins and Mr. Robbins:

This is an official request to gain entry into your premises to conduct an inspection pursuant to 12 DCMR § 113.4. That section provides:

> Right of Entry: The code official, in the performance of his or her duties, shall have the right to enter any unoccupied building; any building under construction, alteration, or repair; any building being razed or moved; any building or premises which he or she has reason to believe to be unsafe or a menace to life or limb; or any building, the use of which may require the issuance of a license or certificate of occupancy. With respect to the inspection of any occupied habitable portion of any building, the consent to such inspection shall first be obtained from any person of suitable age and discretion therein, except that if an acute emergency occurs and immediate steps must be taken to protect the public, such consent need not be obtained. When attempting to gain entrance for inspection, the code official shall show an official identification issued by the Department.

As you both know, a Stop Work Order was issued on November 13, 2002. To date, the same stop work order remains posted on the front and rear of your property. Failure to comply with a Stop Work Order is punishable by law under titles I-III of the DCRA Civil Infractions Act of 1985, D.C. Law 6-42. Furthermore, criminal penalties may be imposed for violation of a Stop Work Order, pursuant to 12 DCMR §§ 116.1 and 116.4.

---

941 North Capitol Street, N.E., Suite 2000, Washington  D.C. 20002
Phone: (202) 442-4455  Fax: (202) 442-4863

The department has recently received complaints regarding on-going work at your premises and contractors' vehicles blocking the alley way.

On March 4, 2003, Toni Cherry, the Lead Historic Preservation Building Inspector, received a complaint that work was in progress  Workers had been delivering materials, and workers' trucks were blocking the alleyway, interfering with the ability of neighbors to exit their garages. There were two vehicles parked in the rear of your property at the time of inspection. Ms. Cherry identified herself by showing her badge and identification to Milton Harrell, of Custom Kitchen and Bath, on the outside rear of your property.  Ms. Cherry then asked whether the owners were home, and if so, requested that he please let them know she was there. Ms. Cherry reports that Mr. Harrell told her to wait in the garage out of the cold, and so she did. Ms. Cherry advised me that the garage was full of construction materials, a wall had been closed in, and three skylights were installed in a location not approved. On that occasion a white van with Maryland tag # 62K740 was blocking a neighbor's garage. Officer Colin Hall of the Metropolitan Police Department filed an incident report #028921 on this inspection event.

On March 7, 2003, Keith Lambert, a Historic Preservation Building Inspector, and Juan Scott, DCRA Building Inspector, were sent to your property because of a complaint received that workers were in and out of the property all day, and a white van was parked in the rear of the property all day. When Mr. Lambert arrived at your property the same white van that was identified in Ms. Cherry's March 4, 2003 inspection was again parked in the rear of your property, but this time not blocking neighbors from exiting their garages. Prior to Mr. Scott's arrival on site, Mr. Lambert informed him that there were signs of interior work, namely the sound of work in progress. Mr. Scott spoke to you (Ms. Elkins) regarding the on-going complaints from your neighbors. Also, Mr. Scott informed you (Ms. Elkins) that if any work was being done that required a building permit, you were working in violation of the posted November 13, 2002, Stop Work Order, and that the Metropolitan Police Department (MPD) may be instructed to arrest all persons working on the site in violation of the Stop Work Order. You (Ms. Elkins) told Mr. Scott that only work such as trim work and painting were taking place inside. However, you (Ms. Elkins) did not allow entry to confirm that no work requiring a permit was in progress.

The Notice of Violation and Notice to Abate, issued to you on May 17, 2002, required that you file a revised permit application and plans for review by the Historic Preservation Review Board.  As of this date, you have still not complied.

In view of these incidents, and under the authority of this department pursuant to the D.C. Construction Code, I am officially requesting entry to your property to inspect and verify that no work is taking place in violation of the Stop Work Order. I have instructed my inspector to conduct his inspection at your premises beginning at 10:00 am on Monday morning, March 17, 2003. Failure to permit entry and inspection at that time will result in the department requesting an administrative search warrant or court order to inspect the premises.

Your cooperation in this matter would be most appreciated.

Sincerely,

Denzil L. Noble
Acting Administrator

3

# SCHEUERMANN & TERHUNE
## ATTORNEYS AT LAW
700 E Street, S.E.
Washington, D.C. 20003
Telephone: (202) 547-9100
Fax: (202) 547-2050

John E. Scheuermann
Karen Leigh Terhune (D.C. & MD)

———

Gopa Khandwala (D.C. & MD)
Elizabeth Menist (D.C. & VA)
Michael L. Johnson (D.C. & MD)
Erica M. Cook (D.C. & MD)

Dianne M. Stewart, J.D., M.B.A.
(Business Compliance Specialist)

March 14, 2003

**BY FACSIMILE AND FIRST CLASS MAIL**
202-727-0431
Andrew J. Saindon, Esquire
Assistant Corporation Counsel
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

Re:   Robbins v. D.C. et al, Civil Action 02-10453

Dear Andy:

I wish to confirm our telephone conversation of this morning wherein I advised you that your clients will not be granted voluntary access to my clients' home on Monday as demanded by Mr. Noble in his letter dated March 10, 2003 which was not hand delivered until 8:30 p.m. on March 13, 2003. These matters are in active hotly contested litigation. Discovery, including access to the Robbins - Elkins home, can be obtained via the processes set out in the Civil Rules of the Superior Court of the District of Columbia. These rules will afford my clients to obtain the judicial protections they believe they need to adequately protect their privacy and security, which has been so sorely abused by your clients in recent days. In addition, your clients will be given an opportunity to provide my clients and the Court with a base property condition and effective date after which your client intends to measure specific purportedly unauthorized changes. I think you must agree that these issues are best addressed and resolved in a judicial setting.

You are further requested to instruct your clients to have no further direct or written contact with my clients save through me as their counsel. I will attempt to respond to their requests as promptly and efficiently as possible. As always, I look forward to working with you to achieve this objective in a cooperative manner. I remain

Page 2

Sincerely yours,

John E. Scheuermann

cc:     Mr. Robbins
        Ms. Elkins


JES:llo