SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JOHN ROBBINS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 02-10453 |
| v. ) | Judge Mary A. Terrell |
| ) | Calendar No. 5 |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF STEPHEN CALLCOTT

I, Stephen Callcott, declare and state as follows:

1. I am over the age of eighteen (18) years, competent to testify to the matters contained herein, and testify based on my personal knowledge and information.

2. Since 1992, I have been employed as an architectural historian and historic preservation specialist with the D.C. Historic Preservation Office ("HPO") in the D.C. Office of Planning (formerly in the Department of Consumer and Regulatory Affairs). I am currently employed as the senior historic preservation planner, a position I have held since 2002.

3. In the course of my duties I attended a meeting early in 2001 held by Mr. T. Luke Young, a new HPO employee, with Ms. Laura Elkins and Mr. John Robbins, concerning proposed alterations to their residence at 20 9th Street, NE. While I do not recall the specific content of this meeting or the nature of the project discussed, the purpose of my attending this meeting would have been to provide backup for Mr. Young as he became familiar with his duties on the HPO project review staff. I am now aware of the project at 20 9th Street NE because of subsequent HPO involvement with the case.

- 2 -

4. Any advice that Mr. Young or I would have given to Ms. Elkins or Mr. Robbins would have been in the nature of informal staff guidance. HPO procedures do not provide for HPO staff to grant conceptual approval of projects on the basis of informal consultation. HPO also does not grant approval of projects eligible for "over-the-counter" review without submission of a permit application accompanied by plans showing the complete scope of the proposed work.

This declaration consists of four (4) numbered paragraphs on two (2) pages. I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-15-04.

_____
STEPHEN CALLCOTT